UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
KENNETH R. ADAMS and
PAULA L. ADAMS,
                                  CASE NO. 9:10-bk-15218-FMD
                Debtors.     CHAPTER 13
_____/

## VERIFIED MOTION FOR 11 U.S.C. SECTION 1328(b) DISCHARGE

COME NOW Debtors, KENNETH R. ADAMS and PAULA L. ADAMS, by and through their undersigned attorneys, and move the Court for a discharge pursuant to 11 U.S.C. Section 1328(b), and in support thereof state:

1. This Chapter 13 case was confirmed by this Court on April 18, 2011.

2. The Debtors have not completed payments under their Plan of repayment.

3. The Debtors' failure to complete such payment is due to circumstances for which the Debtors should not justly be held accountable as follows:

    a.  Debtor, Kenneth R. Adams, lost his job on August 8, 2013 pursuant to the attached employee termination notice dated August 9, 2013;
    b.  Debtor, Kenneth R. Adams, recently had knee surgery in May of 2013;
    c.  Debtor, Kenneth R. Adams, additionally has back issues and is unable to obtain employment;
    d.  Debtor, Kenneth R. Adams, was the only wage earner and, therefore, the family has decreased.

4. The value, as of the effective date of the Plan, of the property actually distributed under the Plan on account of each

M:\USERS\RUTH\K ADAMS.MOTION FOR HARDSHIP DISCHARGE.wpd



allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the Debtor had been liquidated under Chapter 7 of this Title on such date, as follows:

Value of property actually distributed          $

Amount that would have been paid under
Chapter 7                                        $

5. Modification of the Plan under Section 1328 of the Bankruptcy Code is impracticable because the Debtors do not have sufficient income to fund a plan.

WE, KENNETH R. ADAMS and PAULA L. ADAMS, being duly sworn on oath, certify that the foregoing is true and accurate to the best of our knowledge and belief.

FURTHER AFFIANTS SAITH NOT.

_/s/ Kenneth R. Adams_                          _/s/ Paula L. Adams_
KENNETH R. ADAMS                                PAULA L. ADAMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001 and creditors on the attached matrix, by first class U.S. Mail, postage fully prepaid or by electronic notice, this 22 day of August, 2013.

MILLER AND HOLLANDER
Attorneys for Debtors
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone 239-775-2000
Facsimile 239-775-7953

By: _/s/_
RICHARD J. HOLLANDER
Florida Bar No. 884900
EDWARD R. MILLER
Florida Bar No. 182746

M:\USERS\RUTH\K ADAMS.MOTION FOR HARDSHIP DISCHARGE.wpd



COPIES TO: TREVA, ANDREA, JOSEPH, KAREN

# EMPLOYEE TERMINATION

**EMPLOYEE NAME:** Kenneth Adams

**EMPLOYEE #:**

**DATE OF TERMINATION:** 8/5/13

**REASON FOR TERMINATION:** LAY OFF / NO WORK AVAILABLE

**DOES THE EMPLOYEE OWE MONEY TO THE COMPANY:** no

**CREDIT CARD (S) RETURNED:** VISA n/a      AMEX returned

**RADIATION EXPOSURE LTR:** n/a      **401-K:** yes

**CELLULAR PHONE:** yes      **UNIFORMS:**

**ELIGIBLE FOR COBRA:** yes      **BADGE(S):**

**COMPUTER:** desktop n/a      **AIR CARD:** n/a

**JOB FILES/LOG BOOKS:** n/a      **VEHICLE/KEYS:**

**COMMENTS:**

**SIGNATURE OF SUPERVISOR** _[signature]_      **DATE:** 8/9/2013

_[signature: Kenneth Adams]_

Label Matrix for local noticing
113A-9
Case 9:10-bk-15218-FMD
Middle District of Florida
Ft. Myers
Thu Aug 22 09:59:57 EDT 2013

Kenneth R Adams
11840 Vista Ridge Drive
Fort Myres, FL 33913-9608

Paula L. Adams
11840 Vista Ridge Drive
Fort Myres, FL 33913-9608

Caryl E. Delano
Tampa
, FL

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

Fifth Third Bank
c/o Law Office of Daniel C. Consuegra
Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-8331

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

SUNCOAST SCHOOLS FEDERALCREDIT UNION
ATTN: COL002
PO BOX 11904
TAMPA, FL 33680-1904

World Omni Financial Corp.
TRIPP SCOTT, P.A.
c/o John G. Bianco, III, Esq.
110 SE 6th Street
15th Floor
Ft. Lauderdale, FL 33301-5004

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Best Buy
P.O. Box 94012
Palatine, IL 60094-4012

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P.O. Box 71084
Charlotte, NC 28272-1084

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
PO BOX 829009
Dallas, TX 75382-9009

Home Depot
Processing Center
Des Moines, IA 50364-0500

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lowe's/GEMB
P.O. Box 530914
Atlanta, GA 30353-0914

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
Norfolk VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| State Farm Bank<br>P.O. Box 23025<br>Columbus, GA  31902-3025 | State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Suncoast Schools FCU<br>Attn: Col 002<br>PO Box 11904<br>Tampa, FL 33680-1904 |
| Suncoast Schools FCU<br>P.O. Box 11829<br>Tampa, FL 33680-1829 | Suncoast Schools FCU<br>P.O. Box 11857<br>Tampa, FL 33680-1857 | Target Credit Services<br>P.O. Box 59317<br>Minneapolis, MN  55459-0317 |
| Toys R Us<br>P.O. Box 94012<br>Palatine, IL 60094-4012 | World Omni Financial Corp.<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 | World Omni Financial Corp.<br>Post Office Box 991817<br>Mobile, AL 36691-8817 |
| Richard J. Hollander +<br>Miller & Hollander<br>2430 Shadowlawn Drive, Ste. 18<br>Naples, FL 34112-4801 | Edward R Miller +<br>Miller and Hollander<br>2430 Shadowlawn Drive, Suite 18<br>Naples, FL 34112-4801 | Becket & Lee LLP +<br>Alane Ann Becket<br>16 General Warren Blvd.<br>P. O. Box 3001<br>Malvern, PA 19355-0701 |
| Jon Waage +<br>P O Box 25001<br>Bradenton, FL 34206-5001 | John G Bianco III+<br>Tripp Scott PA<br>110 SE 6th Street 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Joshua D Donnelly +<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank<br>5050 Kingsley 1MOC2J<br>Cincinnati, OH 45263 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                  47 |